IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| DYSTAR TEXTILFARBEN GMBH & CO. DEUTSCHLAND KG,<br><br>Plaintiff,<br><br>vs.<br><br>C. H. PATRICK CO. INC., AND BANN QUIMICA, LTDA,<br><br>Defendants. | Civil Action No. 6:02-2946-WMC<br><br>**O R D E R** |

      This matter is before the court on the plaintiff's motion for entry of permanent injunction against C.H. Patrick Co., Inc., and Bann Quimica, LTDA, filed September 23, 2005. The defendants filed their response to the motion on October 11, 2005, and the plaintiff filed its reply on October 12, 2005.

      Now, therefore, after consideration of the pleadings,

      IT IS ORDERED that the plaintiff's motion for entry of permanent injunction is granted. C.H. Patrick Co., Inc., and Bann Quimica, LTDA, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, shall be permanently enjoined from using or inducing others to use, in the United States, Indigo Bann 20 Reduced, Indigo Bann 30 Reduced, or Indigo Bann 40 Reduced, or any colorable imitations thereof, in the process of dyeing cellulose-containing textile materials according to the steps of claims 1-4 of U.S. Patent No. 5,586,992 and shall be further permanently enjoined from making, using, selling, importing, or offering to sell Indigo Bann 20 Reduced, Indigo Bann

30 Reduced, or Indigo Bann 40 Reduced, or any colorable imitations thereof, in the United States for the purpose of using such products or inducing others to use them in the process of dyeing cellulose-containing textile materials according to the steps of claims 1-4 of U.S. Patent No. 5,586,992.

        IT IS SO ORDERED.

                                      s/William M. Catoe
                                      United States Magistrate Judge

October 26, 2005

Greenville, South Carolina